THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: APPLICATION OF SAILED TECHNOLOGY (BEIJING) CO LTD FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782, | Case No.: 2:22-cv-01396-JHC<br><br>**STIPULATED MOTION TO CHANGE THE NOTING DATE AND BRIEFING SCHEDULE FOR SAILED TECHNOLOGY'S AMENDED MOTION FOR DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. 1782 [DKT. 33]**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**DECEMBER 22, 2022** |

Pursuant Local Civil Rules 7(j) and 10(g), Applicant Sailed Technology (Beijing) Co., Ltd. ("Applicant") and Respondents Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon") hereby stipulate and respectfully move to change the noting date for Applicant's Amended Application for U.S. Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Dkt. 33) ("Amended Application") by two weeks to January 20, 2023 from the present noting date of January 6, 2023. Amazon will file its response to the Amended Application by January 12, 2023, and Applicant will file its reply, if any, by January 20, 2023. Good cause exists for this limited extension to avoid the necessity of briefing over the holidays.

1  Dated:   December 22, 2022          Respectfully submitted,

2                                       FENWICK & WEST LLP

3

4                                       By:   /s/ Jeffrey Ware

5                                          Ravi Ranganath (admitted *pro hac vice*)
                                           Fenwick & West
6                                          801 California St
                                           Mountain View, CA 94041
7                                          650-988-8500
                                           rranganath@fenwick.com
8
                                           Todd R Gregorian (admitted *pro hac vice*)
9                                          Fenwick & West
                                           555 California St, 12th Floor
10                                         San Francisco, Ca 94104
                                           415-875-2300
11                                         Email: tgregorian@fenwick.com

12                                         Jeffrey Ware (WSBA No. 43779)
                                           FENWICK & WEST LLP
13                                         1191 Second Avenue, 10th Floor
                                           Seattle, WA 98101
14                                         Telephone:     206.389.4510
                                           Facsimile:     206.389.4511
15
                                           Matthew Becker (admitted *pro hac vice*)
16                                         FENWICK & WEST LLP
                                           555 California Street, 12th Floor
17                                         San Francisco, CA 94104
                                           Telephone:     415.875.2300
18                                         Facsimile:     415.281.1350

19                                       *Attorneys for Defendants*
                                         *Amazon.com, Inc. and*
20                                       *Amazon.com Services LLC*

21  Dated:   December 22, 2022
22

23
                                       By:   /s/ Carmen E. Bremer
24
                                           Carmen E. Bremer, WSBA #47565
25                                         BREMER LAW GROUP PLLC
                                           Email: cbremer@bremerlawgroup.com
26                                         1700 Seventh Avenue, Suite 2100
                                           Seattle, WA 98101
27                                         Tel: (206) 357-8442
                                           Fax: (206) 858-9730
28                                         James R. Klaiber (*pro hac vice pending*)

STIPULATED MOTION TO CHANGE              2                    FENWICK & WEST LLP
NOTING DATE                                             1191 SECOND AVENUE, 10TH FLOOR
CASE NO.: 2:22-CV-01396-JHC                               SEATTLE, WASHINGTON  98101

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Emma L. Baratta (*pro hac vice*)  
Lynn M. Russo (*pro hac vice pending*)  
HUGHES HUBBARD & REED LLP  
One Battery Park Plaza  
New York, NY 10004  
Telephone: (212) 837-6000  
Facsimile: (212) 422-4726  
james.klaiber@hugheshubbard.com  
emma.baratta@hugheshubbard.com  
lynn.russo@hugheshubbard.com  

James Canfield (*pro hac vice pending*)  
HUGHES HUBBARD & REED LLP  
1775 I Street, N.W., 6th Floor  
Washington, DC 20006-2401  
Telephone: (202) 721-4600  
Facsimile: (202) 721-4646  
james.canfield@hugheshubbard.com  

*Attorneys for Applicant*  
*Sailed Technology (Beijing) Co., Ltd*

ORDER

IT IS HEREBY ORDERED that the stipulated motion is GRANTED. The Note on Motion Calendar for Applicant's Amended Application for U.S. Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Dkt. 33) ("Amended Application") is now January 20, 2023. The deadline for Respondents Amazon.com, Inc. and Amazon.com Services, LLC to file their response to the Amended Application is January 12, 2023. Applicant Sailed Technology (Beijing) Co., Ltd. may file a reply, if any, by January 20, 2023.

DATED: December 22, 2022

*(signature)*
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

Presented by:
FENWICK & WEST LLP

By: /s/ Jeffrey Ware

   Ravi Ranganath (admitted *pro hac vice*)
   Fenwick & West
   801 California St
   Mountain View, CA 94041
   650-988-8500
   rranganath@fenwick.com

   Todd R Gregorian (admitted *pro hac vice*)
   Fenwick & West
   555 California St, 12th Floor
   San Francisco, Ca 94104
   415-875-2300
   Email: tgregorian@fenwick.com

   Jeffrey Ware (WSBA No. 43779)
   FENWICK & WEST LLP
   1191 Second Avenue, 10th Floor
   Seattle, WA 98101
   Telephone:     206.389.4510
   Facsimile:     206.389.4511

   Matthew Becker (admitted *pro hac vice*)
   FENWICK & WEST LLP

1  555 California Street, 12th Floor
   San Francisco, CA  94104
2  Telephone:       415.875.2300
   Facsimile:       415.281.1350
3
   *Attorneys for Defendants*
4  *Amazon.com, Inc. and*
   *Amazon.com Services LLC*

STIPULATED MOTION TO CHANGE
NOTING DATE
CASE NO.: 2:22-CV-01396-JHC

2

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101