UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: APPLICATION OF SAILED TECHNOLOGY (BEIJING) CO LTD FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | CASE NO. 2:22-cv-01396-JHC<br><br>ORDER TO SHOW CAUSE |

On July 5, 2023, the Court ruled from the bench on Petitioner's Motion to Compel, Dkt. # 41. Dkt. # 53. Since then, no party has filed any motion.

The Court thus DIRECTS the parties to provide a case update within 14 days of the filing of this order and address whether this matter should be closed.

Dated this 28th day of June, 2024.

John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 1